

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ALFREDO JOSHUA LOYA | § | No. 08-23-00348-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Jesus Rodriguez, Judge of the County Court at Law No. 5 of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER 2023.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox, and Soto, JJ.